# Court of Appeals
# of the State of Georgia

ATLANTA, November 21, 2012

*The Court of Appeals hereby passes the following order*

**A13I0063. YOUNG MEN'S CHRISTIAN ASSOCIATION OF METROPOLITAN ATLANTA, INC., v. JOHN DOE I, B/N/F AND NATURAL PARENTS AND LEGAL GUARDIANS JANE DOE AND JOHN DOE II.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2010CV180615



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, November 21, 2012.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*